# Court of Appeals
# of the State of Georgia

ATLANTA,  August 10, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2126.  HANS PRICE v. CONSUMER SOLUTIONS REO, LLC.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Hans Price appealed the magistrate court's decision to the superior court, which issued a writ of possession on January 11, 2012.  On January 13, 2012, Price filed a "Petition to Vacate and Set Aside Illegal Foreclosure and Dispossessory and Declaratory Relief."  On February 28, 2012, the trial court entered an order denying Price's petition, noting that the petition raised claims that should be pursued in a separate action, and stating that the order of January 11, 2012 was a final order.  Price filed this direct appeal on March 21, 2012.  We lack jurisdiction for several reasons.

First, when a superior court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Accordingly, Price's notice of direct appeal does not give rise to a valid appeal.

Second, this appeal is untimely.  See OCGA § 44-7-56 (providing that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered); *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Here, Price did not file his notice of appeal until 70 days after the order granting a writ of possession and 22 days after the order denying his petition to set aside.

For these reasons, we lack jurisdiction over this appeal, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 08/10/2012
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*